IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONDUCTIVE TECHNOLOGIES, INC., : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> PNC BANK, NATIONAL : <br> ASSOCIATION, : <br> **Defendant** : | No. 1:22cv1750 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this ___ day of June 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant PNC Bank, National Association's motion to dismiss plaintiff's amended complaint (Doc. 36) is **GRANTED** without leave for plaintiff to amend; and

2) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court